UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARCLAY for himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA U.S.A. INC., METABANK and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:09-cv-02932-JAH-BLM<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Based upon the joint motion and stipulation of the parties under Civil Local Rules 7.2 and 12.1, and good cause appearing,

IT IS HEREBY ORDERED that:

Defendant MetaBank shall have a 14-day extension, until January 20, 2010, to respond to Plaintiff William Barclay's Complaint.

Dated: January 5, 2010

_____
U.S. District Judge

SM01DOCS\765884.1